**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 10/30/2018

Case: Barfield

Civ. A. 18-2819 ( )(VMS)

**ECF Recording in 504N:** ☐ Telephone Conference ☑ In-person Conference

316-320;  4:41 - 4:48

Total 1.6 hrs

**Counsel:** *(See separately docket entry or document for specific appearances)*

☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☑ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed

    ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☑ Stip of dismissal to be filed    11/30/18

☐ **Status conference**    Date:    Time:
    ☐ In person ☐ **Telephone (718) 613-2300**    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ **Joint letter confirming discovery is concluded**

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ **Settlement Conference**    Date:    Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: __Barfield__   Civ. A. __18__-__2819__

Date: __10/30/2018__

**Additional Orders:**

The parties settled on the record for $12,000, inclusive of fees and costs.

Page 2 of 2