```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
DASHARRH BARFIELD,
                                                    Plaintiff,
                -against-

CITY OF NEW YORK, ET AL.,

                                                    Defendants.
----------------------------------------------------------------------x
```

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 21 2019 ★

BROOKLYN OFFICE

**STIPULATION AND ORDER OF DISMISSAL**

18-CV-2819 (JBW)(VMS)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

   [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]



2

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
February 13, 2018

ALEXANDER M. DUDELSON
*Attorney for Plaintiff Dasharrh Barfield*
26 Court Street, Suite 2306
Brooklyn, NY 11242
718-855-5100

By: _____
Alexander M. Dudelson
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Danielle M. Drasser
Assistant Corporation Counsel

Close-Up Case
SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: 2/19, 2018

2